UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA and
STATE OF NEW YORK
*ex rel.* EDWARD LACEY;
LEONARDO VICENTE; and KAI GREENE

               Plaintiffs,

    v.

BRIGHTPOINT HEALTH,
BRIGHTPOINT CARE, INC., and
HUDSON RIVER HEALTHCARE, INC.,

               Defendants.

19 CV 11890 (JGK)

---

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)

Pursuant to F.R.C.P. 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure, Plaintiffs-Relators Edward Lacey, Leonardo Vicente, and Kai Greene (collectively, Relators), through their counsel, hereby give notice that the claims brought by Relators under the qui tam provisions of the federal False Claims Act, 31 U.S.C. §§ 3729 et seq., and the New York False Claims Act, New York State Finance Law§§ 187 et seq., against Defendants Brightpoint Health, Brightpoint Care, Inc., and Hudson River Healthcare, Inc., in the above-captioned action (i.e., Counts One and Two of the Complaint), are hereby voluntarily dismissed without prejudice as to Relators, the United States and the State of New York. However, Relator Greene's whistleblower retaliation claims under 31 U.S.C. § 3730(h) and N.Y. Fin. Law § 191 are not being voluntarily dismissed by this notice.

The United States and the State of New York, having previously declined to intervene in this matter, through their counsel, have given written notice to counsel for Relators that they

consent to the voluntary dismissal without prejudice to the Relators, the United States and the State

of New York of the qui tam claims in this action.

For the same reasons, it is respectfully requested, pursuant to 31 U.S.C. § 3730(b)(1), that

the Court execute, and thereby approve, Relators' voluntary dismissal of Counts One and Two of

the Complaint.

**McINNIS LAW**

Dated: May 20, 2022                                      /s/
       New York, NY                    BY:    _____

Timothy J. McInnis [7151]
NYS Bar. No. 2205086
521 Fifth Avenue, 17th Floor
New York, NY 10175
(212) 292-4573
tmcinnis@mcinnis-law.com

Attorneys for Relators Edward Lacey and
Leonardo Vincente

**TABNER, RYAN & KENIRY, LLP**
Thomas R. Fallati, Esq.
18 Corporate Woods Boulevard, Ste. 8
Albany, New York 12211
(518) 465-9500
trf@trklaw.com

Attorneys for Relators Edward Lacey and
Leonardo Vincente

**YOUMAN & CAPUTO, LLC**
David J. Caputo
3803 West Chester Pike, Suite 150
Newtown Square, PA 19073
(215) 302-1999
dcaputo@youmancaputo.com

Attorneys for Relator Kai Greene

To:
Lucas Issacharoff
Jacob Lillywhite
Assistant United States Attorneys

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
Attorneys for the United States of America
Tel: (212) 637-2737/2639
lucas.issacharoff@usdoj.gov
jacob.lillywhite@usdoj.gov

Attorneys for the United States

Anthony Giacobbe, Jr.
Special Assistant Attorney General
Office of the New York State Attorney General
Medicaid Fraud Control Unit
28 Liberty Street, 13th floor
New York, NY 10005
Telephone: 212-417-4990
E-mail: Anthony.Giacobbe@ag.ny.gov

Counsel for the State of New York

(By E-mail)

SO ORDERED:

HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

5/24/22