UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

UNITED STATES OF AMERICA ET AL. EX
REL. EDWARD LACEY ET AL.,                 19-cv-11890 (JGK)
                    Plaintiffs,
                                          ORDER
     - against -

BRIGHTPOINT HEALTH ET AL.,
                    Defendants.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

     The conference scheduled for June 29, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
          June 23, 2022

                                    _____
                                         John G. Koeltl
                                    United States District Judge