

299 Broadway
17th Floor
New York, New York
10007

(212) 233-3900

evan@brusteinlaw.com
www.brusteinlaw.com

August 30, 2022

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
Application granted.  SO ORDERED

Aug. 31, 2022   /s/ John G. Koeltl
New York, NY    John G. Koeltl, U.S.D.J.
```

RE:   United States of America, et al. v. Brightpoint Health, et al. Docket No. 19-CV-11890 (JGK)

Dear Your Honor:

I write to respectfully request permission to file a proposed Order to Show Cause for Default in accordance with the Court's Individual Rules by September 16, 2022. The reason for this request is that the undersigned has just returned from vacation and has several pending deadlines over the next two weeks. By way of background, Plaintiff served the Defendants back on June 29, 2022. To date, none of the Defendants have appeared or responded to the Complaint. There are no other deadlines that will be impacted by this request and this is Plaintiff's first such request.

Plaintiff thanks the Court for its consideration herein.

      /s/

    Evan Brustein