

**BRUSTEIN LAW PLLC**

299 Broadway
17th Floor
New York, New York 10007

(212) 233-3900

evan@brusteinlaw.com
www.brusteinlaw.com

September 14, 2022

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

9/15/22

RE: United States of America, et al. v. Brightpoint Health, et al. Docket No. 19-CV-11890 (JGK)

Dear Your Honor:

My office represents Plaintiff Kai Greene ("Greene") in the above matter. In that capacity, I write to advise the Court that I have been in communication with Lyle Zuckerman, Esq. attorney for Defendants Sun River Health, Inc., f/k/a and d/b/a Hudson River Health and Brightpoint Care Inc. As Mr. Zuckerman has now appeared for two of the Defendants, Plaintiff Greene is respectfully requesting an extension of its deadline to move for default until October 14, 2022. This additional time will enable counsel for the parties to continue their discussions and possibly obviate the need entirely for a default motion.

Plaintiff Greene thanks the Court for its consideration herein.

/s/

Evan Brustein