UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- X

UNITED STATES OF AMERICA and
STATE OF NEW YORK
Ex rel. EDWARD LACEY,
LEONARDO VICENTE and KAI GREENE,

                                                          19-CV-11890 (JGK)

                      Plaintiffs,

- against -

                                                          **STIPULATION**

BRIGHTPOINT HEALTH,
BRIGHTPOINT CARE, INC., and
HUDSON RIVER HEALTHCARE, INC.,

                                Defendants.

------------------------------------------------- X

      **WHEREAS**, this action was commenced under seal by the filing of a complaint on December 20, 2019.

      **WHEREAS**, this action was unsealed on June 17, 2022.

      **WHEREAS**, plaintiff Kai Greene ("Plaintiff") purports to have served the summons and complaint on defendants Brightpoint Health, Brightpoint Care, Inc., and Hudson River Healthcare, Inc. (collectively "Original Defendants") on June 29, 2022.

      **WHEREAS**, when Original Defendants did not appear in this action, Plaintiff requested that the default of defendants be noted and a certificate of default be issued on September 8, 2022.

      **WHEREAS**, the Clerk's Certificate of Default was issued on September 12, 2022, noting the default of defendants;

      **WHEREAS**, counsel for Sun River Health ("Corrected Defendant Sun River Health" or "SRH") f/k/a Hudson River Healthcare, Inc., and Brightpoint Care, Inc. (collectively referred to as "Corrected Defendants") filed a Notice of Appearance on September 13, 2022;

**NOW, THEREFORE**, Plaintiff and Corrected Defendants agree as follows:

1. Corrected Defendants acknowledge that Original Defendant Brightpoint Health merged into defendant Hudson River Health, Inc. ("HRH") in or around December 2018, and HRH changed its name to Sun River Health on or about September 18, 2020;

2. Corrected Defendant Sun River Health ("SRH") f/k/a Hudson River Healthcare, Inc., having filed a notice of appearance on September 13, 2022, consents to being a named Defendant/party in this action;;

3. Corrected Defendants shall have forty-five (45) days from the date of this Stipulation to answer, move or otherwise respond to Plaintiff's complaint;

4. Corrected Defendants waive any objections to service of the summons and complaint, and to personal jurisdiction of this Court. Corrected Defendants, however, do not waive any of their other defenses or rights in this matter;

5. Corrected Defendants will not make a Statute of Limitations defense which relies on Brightpoint Health being discontinued from this action if a case is later brought by Plaintiff against Brightpoint Health;

6. Plaintiff shall voluntarily dismiss this action as against defendant Brightpoint Health without prejudice; and

7. This Stipulation may be executed in counterparts, and signatures transmitted by facsimile or e-mail shall have the same force and effect as the original.

Dated: October 27, 2022
      New York, New York

| BRUSTEIN LAW, PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: /s/ Evan Brustein | By: /s/ Lyle S. Zuckerman |
| Evan Brustein | Lyle S. Zuckerman |
| 299 Broadway, 17th Floor | 1251 Avenue of the Americas, 21st Floor |

New York, New York 10007  
(212) 233-3900  
*Attorneys for Plaintiff Kai Greene*

New York, New York 10020  
(212) 603-6452  
*Attorneys for Defendants Brightpoint Care, Inc. and Hudson River Healthcare, Inc.*

SO ORDERED

/s/ John G. Koeltl

11/3/22

Hon. John G. Koeltl, U.S.D.J.