```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA ET AL.,
                    Plaintiffs,

    - against -                          19-CV-11890 (JGK)

BRIGHTPOINT HEALTH, ET AL.,              ORDER
                    Defendants.

JOHN G. KOELTL, District Judge:

   The parties are directed to submit a Rule 26(f) report by January 13, 2023.

SO ORDERED.

Dated:   New York, New York
         December 22, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge