UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA and
STATE OF NEW YORK
Ex rel. EDWARD LACEY,
LEONARDO VICENTE and KAI GREENE,

                      Plaintiff(s)

- v -

BRIGHTPOINT HEALTH,
BRIGHTPOINT CARE, INC., and
HUDSON RIVER HEALTHCARE, INC.,

                      Defendant(s)
_____

**RULE 7.1 STATEMENT**

19-CV-11890 (JGK)
_____
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Defendants Brightpoint Care, Inc. and Hudson River Healthcare, Inc. (n/k/a Sun River Health)

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Defendant Brightpoint Care, Inc. states that its parent company is Sun River Health and that no publicly held corporation owns more than 10% of its stock. Defendant Hudson River Healthcare, Inc. (n/k/a Sun River Health) states that it has no parent company and that no publicly held corporation owns more than 10% of its stock.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

12/21/22
Date

/s/ Lyle S. Zuckerman
Signature of Attorney

LZ 6523
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).